

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-86,264-01

### EX PARTE CHRISTIAN LANE-CLEMENT COOK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W416-81198-2013-HC IN THE 416TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault causing serious bodily injury and sentenced to fifteen years' imprisonment. The Fifth Court of Appeals affirmed his conviction in *Cook v. State*, No. 05-15-00526-CR (Tex. App.— Dallas June 21, 2016)(not designated for publication).

Applicant contends that the State used false testimony and that his trial counsel rendered ineffective assistance. The trial court has made findings of facts and conclusions of law and recommends that relief be granted. In the findings, the trial court noted that it conducted a live

habeas hearing on December 13-14, 2016. However, the District Clerk has not forwarded to this Court either reporter's notes or a transcript of the habeas hearing in this case.

Therefore, the District Clerk of Collin County is ordered to prepare a transcript of the habeas hearing conducted on December 13-14, 2016, and to transmit it to this Court. This application will be held in abeyance until the habeas hearing transcript has been received by this Court. A supplemental transcript containing all affidavits and the transcription of the court reporter's notes from any hearing or deposition shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed:   February 1, 2017
Do not publish